# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HARRIS FOGEL** | : CIVIL ACTION |
| v. | : NO. 18-5137 |
| **THE UNIVERSITY OF THE ARTS,** *et al.* | : |

# ORDER

**AND NOW**, this 27th day of March 2019, upon considering Defendants The University of the Arts and Anne Massoni's partial Motion to dismiss (ECF Doc. No. 21), Defendant Jennifer Little's Motion to dismiss (ECF Doc. No. 22), Plaintiff's Oppositions (ECF Doc. Nos. 23, 24) withdrawing its negligence claim, Defendant Little's Reply (ECF Doc. No. 28), following oral argument, and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. Defendant University's Motion (ECF Doc. No. 21) is **granted in part** as to the withdrawn negligence claim but otherwise **denied**;

2. Defendant Little's Motion (ECF Doc. No. 22) is:

    a. **Denied** as to (1) Plaintiff's defamation claims for statements made to third-party conference attendees and (2) Plaintiff's invasion of privacy claims;

    b. **Granted** as to Plaintiff's defamation claim for statements made to Coordinator Lexi Morrison on and after December 10, 2017 as absolutely privileged; and,

3. Defendants shall file an Answer to the remaining claims in the amended Complaint no later than **April 10, 2019**.

_____
KEARNEY, J.