IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HARRIS FOGEL** | :  **CIVIL ACTION** |
| | : |
| v. | :  **NO. 18-5137** |
| | : |
| **THE UNIVERSITY OF THE ARTS,** *et al.* | : |

## ORDER

**AND NOW**, this 29th day of May 2019, upon considering Plaintiff's Motion to compel discovery (ECF Doc. No. 36) of text messages (ECF Doc. No. 36-2) evidencing communications between Defendant Little and an agent of the University which Defendants redacted or failed to produce allegedly based on relevance, and finding we cannot determine the asserted relevance without examining the complete and unredacted materials, it is **ORDERED**, unless Defendant reconsiders its relevance objection and consents to the immediate production of all unredacted requested materials, Defendants shall e-mail all unredacted or withheld communications to our Chambers e-mail (Chambers_of_Judge_Kearney@paed.uscourts.gov) for our *in camera* review no later than **4:00 P.M.** today for our review, mindful their response is due to be filed today under our Policies.

KEARNEY, J.