**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **HARRIS FOGEL** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 18-5137 |
| | : | |
| **THE UNIVERSITY OF THE ARTS,** *et al.* | : : | |

# ORDER

**AND NOW**, this 29th day of May 2019, upon learning Defendant Jennifer Little wrote a letter to our Chambers violative of our Policies as all requests for relief must be made by Motion under Fed. R. Civ. P. 7 absent consent, and also mindful we expect Defendant Little will produce for our immediate *in camera* review any document withheld or redacted which is arguably within the scope of Plaintiff's outstanding document requests at issue, including documents which she may intend to seek protective relief, to be electronically produced to us *in camera* by **May 30, 2019** at **4:00 P.M.**

_____
**KEARNEY, J.**