IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HARRIS FOGEL, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 18-05137-MAK |
| | : | |
| v. | : | |
| | : | |
| THE UNIVERSITY OF THE ARTS, ANNE MASSONI AND JENNIFER LITTLE, | : | |
| | : | |
| Defendants. | : | |

## DEFENDANT PROFESSOR JENNIFER LITTLE'S RESPONSE TO PLAINTIFF'S MOTION TO COMPEL DISCOVERY

Defendant Professor Jennifer Little ("Professor Little"), by and through her undersigned counsel, hereby files this response to Plaintiff's Motion to Compel Discovery (Document No. 36 on the Docket). Plaintiff and Professor Little have reached an agreement and resolved the discovery dispute that was the subject of the Motion to Compel. Professor Little will withdraw her objections and produce the requested documents (which include documents that were previously redacted and/or withheld) no later than 5 PM on May 31, 2019, with the exception that the parties have agreed that certain photographs may be redacted from the produced documents and the parties will enter into a stipulation regarding the sender, recipient and dates on which such photographs were transmitted. Thus, the subject of the Motion to Compel in dispute has been resolved, and we respectfully request that the Court deny the Motion to Compel is moot, and rule that Professor Little does not have to provide any additional documents to the Court for an *in camera* review.

Dated:  May 30, 2019				Respectfully submitted,

						GRIESING LAW, LLC

						***/s/ Edward T. Fisher***
						Francine Friedman Griesing, Esquire
						Edward T. Fisher, Esquire
						PA Identification Nos. 48982/86652

						1880 John F. Kennedy Blvd., Suite 1800
						Philadelphia, PA 19103
						(215) 618-3720
						(215) 814-9049 [fax]
						fgriesing@griesinglaw.com
						efisher@griesinglaw.com
						***Attorneys for Defendant Jennifer Little***